sUNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TRACEY ALEXANDER VINSON,<br><br>      Plaintiff,<br><br>v.<br><br>KYLE NELSON, *et al.*,<br><br>      Defendants. | Case No. 24-cv-13266<br>Honorable Linda V. Parker<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER FOR DEFENDANTS TO PROPERLY
SERVE PAPERS ON PLAINTIFF**

  Plaintiff Tracey Alexander Vinson, proceeding pro se, notified the Court that he has not received notice of defendants' motions filed on the docket.  Federal Rule of Civil Procedure 5(a)(1) requires motions and other papers to be served on the other parties to an action.  Parties may serve those papers by postal mail or by "sending it to a registered user" via the Court's electronic filing system.  Rule 5(b)(2).

  Proofs of service on defendants' motions state that they were e-filed but not that they were mailed to Vinson.  *See* ECF No. 18, PageID.54; ECF No. 22, PageID.83.  But e-filing is not an acceptable method of serving Vinson because he is not a registered user of the e-filing system.  As a

courtesy, the Court mailed Vinson a copy of defendants' last motion (ECF No. 22). But defendants are **ORDERED** to properly serve Vinson by postal mail with any papers filed in the future.

                                                      s/Elizabeth A. Stafford
                                                      ELIZABETH A. STAFFORD
                                                      United States Magistrate Judge

Dated: July 9, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 9, 2025.

                                                      s/Davon Allen
                                                      DAVON ALLEN
                                                      Case Manager