UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACEY ALEXANDER VINSON,

Plaintiff,

Case No. 24-cv-13266
Honorable Linda V. Parker

v.

KYLE NELSON, AARON SCHEANWALD,
TREVER RYNICKI, and
H. FARMER,

Defendants.
_________________________________/

**OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DEFENDANT H. FARMER'S MOTION TO DISMISS**

Plaintiff commenced this lawsuit against Defendants on December 9, 2024. Defendant H. Farmer, a Washtenaw County Sheriff Deputy, is the only remaining defendant. Defendants Kyle Nelson, Aaron Scheanwald, and Trever Rynicki previously filed a motion to dismiss, which the Court granted in a decision on April 20, 2026. (ECF No. 44.) Farmer filed a motion to dismiss on March 18, 2026. (ECF No. 39.) The matter has been assigned to Magistrate Judge Elizabeth A. Stafford for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).

On May 29, 2026, Magistrate Judge Stafford issued a report and recommendation ("R&R") recommending that the Court grant Farmer's motion. (ECF No. 45.) At the conclusion of the R&R, Magistrate Judge Stafford advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them. She further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id*.) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Stafford. The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Defendant Farmer's motion to dismiss (ECF No. 39) is **GRANTED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: August 25, 2026